UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV22-06582 JAK (MARx) | Date | January 9, 2023 |
|---|---|---|---|
| Title | Mario Briceno v. Monogram Aerospace Fasteners, Inc., et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| T. Jackson-Terrell | Wil Wilcox |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sepideh Ardestani | Shareef Farag |

**Proceedings:**     **PLAINTIFF'S MOTION TO REMAND ACTION TO STATE COURT AND REQUEST FOR ATTORNEYS' FEES (DKT. 12)**

**SCHEDULING CONFERENCE**

The motion hearing and scheduling conference is held. The Court states its tentative views that it is inclined to deny Plaintiff's Motion to Remand Action to State Court and Request for Attorneys' Fees (the "Motion" (Dkt. 12)). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court has reviewed the parties' November 18, 2022 Joint Report (Dkt. 15) and, based on a discussion with counsel, sets the following deadlines:

| | |
|---|---|
| February 27, 2023: | Last day to amend or add parties |
| June 20, 2023: | Last day to participate in a settlement conference/mediation |
| June 30, 2023: | Last day to file notice of settlement / joint report re settlement |
| July 10, 2023 at 11:30 a.m.: | Post Mediation Status Conference |
| January 22, 2024: | Non-Expert Discovery Cut-Off |
| February 5, 2024: | Initial Expert Disclosures |
| February 20, 2024: | Rebuttal Expert Disclosures |
| March 4, 2024: | Expert Discovery Cut-Off |
| March 4, 2024: | Last day to file All Motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV22-06582 JAK (MARx) | Date | January 9, 2023 |
|---|---|---|---|
| Title | Mario Briceno v. Monogram Aerospace Fasteners, Inc., et al. | | |

| | |
|---|---|
| July 31, 2023: | Deadline to file Motion for Class Certification |
| August 28, 2023: | Deadline to file Opposition to Class Certification |
| September 11, 2023: | Deadline to file Response re Class Certification |
| September 25, 2023 at 8:30 a.m.: | Hearing on Motion for Class Certification |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a private neutral. The parties are ordered to have a representative with authority to make final decisions as to this matter present at the settlement conference. If a settlement is reached, the parties are ordered to file a notice of settlement, with a proposed date by which the matter will be dismissed. No appearance will be required on July 10, 2023, if such notice is filed on or before June 30, 2023. If a notice of settlement is not filed, counsel shall file a joint report by June 30, 2023, regarding the status of settlement and whether a second session would be productive. The joint report shall not disclose the substantive contents of any settlement communications between the parties.

The Court confers with counsel regarding settlement efforts. On or before January 17, 2023, if the parties are unable to agree on a private neutral, each side shall submit three nominees and include the c.v. and billing rate for each. The Court will then select a private neutral from the six nominees based on a review of the joint report.

**IT IS SO ORDERED.**

| | : | 27 |
|---|---|---|
| Initials of Preparer | TJ | |