**CROSNER LEGAL, PC**
ZACHARY M. CROSNER, SBN 272295
SEPIDEH ARDESTANI, SBN 274259
JAMIE K. SERB, SBN 289601
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Telephone: (310) 496-5818
Facsimile: (310) 510-6429
Email:    zach@crosnerlegal.com
          sepideh@crosnerlegal.com
          jamie@crosnerlegal.com

*Attorneys for Plaintiff* MARIO BRICENO

**BAKER & HOSTETLER LLP**
SHAREEF S. FARAG, SBN 251650
CHRISTOPHER M. HABASHY, SBN 280725
NICHOLAS D. POPER, SBN 293900
KERRI H. SAKAUE, SBN 301043
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA  90025-0509
Telephone:  310.820.8800
Facsimile:  310.820.8859
Email:    *sfarag@bakerlaw.com*
          *chabashy@bakerlaw.com*
          *npoper@bakerlaw.com*
          *ksakaue@bakerlaw.com*

*Attorneys for Defendants*
MONOGRAM AEROSPACE FASTENERS, INC. and
TRIMAS CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO BRICENO, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>MONOGRAM AEROSPACE FASTENERS, INC., a Delaware corporation; TRIMAS CORPORATION, a Delaware corporation; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-06582-JAK-(MARx)<br><br>*[Hon. John A. Kronstadt, Crtm. 10B]*<br><br>**JOINT NOTICE OF SETTLEMENT AND STIPULATION TO STAY CASE PENDING APPROVAL OF GLOBAL SETTLEMENT IN RELATED STATE COURT ACTION**<br><br>*Filed Under Separate Cover:*<br><br>**[PROPOSED] ORDER** |

| | |
|---|---|
| 1 | Plaintiff Mario Briceno ("Plaintiff"), and defendants Monogram Aerospace |
| 2 | Fasteners, Inc. ("Monogram") and TriMas Corporation ("TriMas") ("Defendants") |
| 3 | (collectively, the "Parties"), by and through their respective counsel, hereby submit |
| 4 | their Joint Notice of Settlement and stipulate and agree as follows: |
| 5 | WHEREAS, Plaintiff filed a putative class action complaint in this action on |
| 6 | July 7, 2022. Defendants removed the case to this Court on September 14, 2022; |
| 7 | WHEREAS, on July 7, 2022, Plaintiff filed a representative action pursuant to |
| 8 | California Labor Code § 2698, *et seq.* ("PAGA"), in Los Angeles County Superior |
| 9 | Court (the "State Court"), Case No. 22STCV21965 (the "State Court Action"); |
| 10 | WHEREAS, on June 5, 2023, the Parties participated in an all-day mediation |
| 11 | presided over by Steven Serratore, Esq., and reached a global proposed class and |
| 12 | PAGA action settlement of this action and the State Court Action (the "Actions"); |
| 13 | WHEREAS, pursuant to the Parties' settlement agreement, their proposed |
| 14 | global settlement of the Actions is being submitted to the State Court for review and |
| 15 | approval in the State Court Action, which will encompass all of the claims in the |
| 16 | Actions and the amount of such settlement is less than five million dollars |
| 17 | ($5,000,000.00); and |
| 18 | WHEREAS, the Parties respectfully submit that judicial economy would be |
| 19 | best served if this action is stayed pending final approval of the settlement in the State |
| 20 | Court Action and then dismissed upon the State Court's entry of judgment approving |
| 21 | the settlement. |

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties through their respective undersigned counsel, and subject to the Court's approval, that:

1. All remaining scheduled pre-trial deadlines and dates be vacated;

2. This action be stayed pending the entry of an order granting final approval of the Parties' global settlement in the State Court Action and a judgment thereon, and such settlement becoming effective pursuant to such approval; and

3. Within seven (7) calendar days after the entry of an order granting final approval of the Parties' global settlement in the State Court Action and a judgment thereon, and such settlement becoming effective pursuant to such approval, the Parties will submit a stipulation for dismissal of this action with prejudice.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Dated: June 27, 2023      **CROSNER LEGAL, PC**

By:  */s/ Sepideh Ardestani*
ZACHARY M. CROSNER
SEPIDEH ARDESTANI
JAMIE K. SERB

*Attorneys for Plaintiff* MARIO BRICENO

Dated: June 27, 2023      **BAKER & HOSTETLER LLP**

By:  */s/ Shareef S. Farag*
SHAREEF S. FARAG
CHRISTOPHER M. HABASHY
NICHOLAS D. POPER
KERRI H. SAKAUE

*Attorneys for Defendants*
MONOGRAM AEROSPACE FASTENERS, INC. and TRIMAS CORPORATION

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2), the undersigned hereby attests that all other signatories listed, on whose behalf this filing is submitted, concur in the filing and consent to and have authorized the filing.

                              /s/ *Shareef S. Farag*
                                     Shareef S. Farag